# EXHIBIT 2-A



# SPARTAN MOSQUITO
## THE MOSQUITO ERADICATOR

**READ THIS BEFORE INSTALLATION**

**WHEN TO DEPLOY SPARTAN MOSQUITO ERADICATORS**

The Mosquito Emergence and Deployment Map shows the approximate start of mosquito seasons by temperate zones based on climate data sourced from the United States Department of Agriculture.

Ideal deployment time for the Spartan Mosquito Eradicator is based on weather, but a good rule of thumb is to deploy them after the "first bite" of the mosquito season. If you deploy them later, when mosquitoes are established, you should double the number of Spartan Mosquito Eradicators to catch up.



**NUMBER OF SPARTAN MOSQUITO ERADICATORS NEEDED PER ACRE**

Deploy one box per acre at the start of mosquito season, or two boxes per acre if first deployed during the season. There are two Spartan Mosquito Eradicators in each box.

**PLACEMENT AT START OF MOSQUITO SEASON**

If you are placing your Spartan Mosquito Eradicators at the beginning of mosquito season you should use one box (two units per box) per acre.

   

**PLACEMENT DURING MOSQUITO SEASON**

If you have waited until after the start of mosquito season to place your Spartan Mosquito Eradicators, you should double up to catch up by using two boxes (two units per box) per acre. After using two boxes per acre for the first 90 days, the mosquito population should be diminished, and you can use one box per acre every 90 days for the remainder of the season.

   

**FOR MORE INFORMATION VISIT**
**WWW.SPARTANMOSQUITO.COM**

## INSTRUCTIONS

### 1) PREPARE THE ERADICATORS

- Remove Spartan Mosquito Eradicator tubes from the box.
- For each unit, remove the temporary white cap and fill with WARM water to the fill line indicated on the back of the tube.
- Replace white cap. SHAKE THOROUGHLY. Remove white cap.
- Attach hooks to black caps for hanging, and secure black caps to the top of the Spartan Mosquito Eradicator tubes.

### 2) HANG THE ERADICATORS

- Hang Spartan Mosquito Eradicators along the perimeter / property line of the area to be protected, no more than 180 feet apart. If the property is less than one square acre, and there are no major mosquito attractors such as a wooded area or a water feature, hang the units on opposite corners of the property.
- Be sure to hang the units away from areas where people gather, since mosquitoes will gather near the Spartan Mosquito Eradicators to feed.
- If you have woods, heavy vegetation, or a water feature that attracts mosquitoes you should hang at least one Spartan Mosquito Eradicator near or within that area, away from people.
- The ideal height to hang the Spartan Mosquito Eradicator is about six feet above the ground.
- The ideal place to hang Spartan Mosquito Eradicators is in a tree against the trunk on a sturdy branch, or just inside a bush, where they will be shaded and be partially protected from rain. This prevents evaporation and allows some water replenishment from rain.

### 3) RESULTS

- With proper placement, the Mosquito population in the area will diminish by 95% in 15 days or less.

## WHEN TO REPLACE ERADICATORS

- Ensure the water level remains above the WATER LEVEL LOW line for optimal performance.
- If a Spartan Mosquito Eradicator falls or gets knocked down and the contents empty, it will need to be replaced.
- If the Spartan Mosquito Eradicator gets flooded due to heavy rains, kids playing with hoses, or for any reason, you will need to dispose of the flooded unit and replace it with a new one.
- Replace Spartan Mosquito Eradicators every 90 days.

## FREQUENTLY ASKED QUESTIONS

**Q: How long does it take the Eradicators to work?**
A: The Spartan Mosquito Eradicator begins working as soon as you fill it with warm water and hang it properly. The mosquito population will diminish by 95% within 15 days or less of proper placement after they have been activated with warm water.

**Q: What if I accidentally filled the Eradicator with cold water?**
A: The unit will still work, but will not work optimally until the water temperature reaches 80 degrees or more. After the unit reaches 80 degrees or more one time, the unit will work optimally, even after the temperature has cooled.

**Q: What if I have to hang the Eradicator in the sun?**
A: The Spartan Mosquito Eradicator will still work. However, the water in the unit may evaporate. The ideal place to hang Spartan Mosquito Eradicators is in a tree against the trunk on a sturdy branch, or just inside a bush, where they will be shaded and be partially protected from rain.







