# EXHIBIT 2-B



## THE MOSQUITO ERADICATOR

### READ THIS BEFORE INSTALLATION

**WHEN TO DEPLOY SPARTAN MOSQUITO ERADICATORS**

The Mosquito Emergence and Deployment Map shows the approximate start of mosquito seasons by temperate zones based on climate data sourced from the United States Department of Agriculture.

Ideal deployment time for the Spartan Mosquito Eradicator is based on weather, but a good rule of thumb is to deploy them after the "first bite" of the mosquito season. If you deploy them later, when mosquitoes are established, you should double the number of Spartan Mosquito Eradicators to catch up.



**NUMBER OF SPARTAN MOSQUITO ERADICATORS NEEDED PER ACRE**

Deploy one kit per acre at the start of mosquito season, or two kits per acre if first deployed during the season. There are two Spartan Mosquito Eradicators in each kit.

**PLACEMENT AT START OF MOSQUITO SEASON**

If you are placing your Spartan Mosquito Eradicators at the beginning of mosquito season you should use one kit (two Eradicators per kit) per acre.

   

**PLACEMENT DURING MOSQUITO SEASON**

If mosquito season has already started when you place your Spartan Mosquito Eradicators, double up to catch up by using two kits of two Eradicators each per acre. After the first deployment period of up to 90 days, the mosquito population should be diminished, and you can use one kit per acre for the following deployment periods of up to 90 days.

   

**FOR MORE INFORMATION VISIT**
**WWW.SPARTANMOSQUITO.COM**

## INSTRUCTIONS

### 1) PREPARE THE ERADICATORS

- Remove Spartan Mosquito Eradicators from the box.
- For each Eradicator, remove the temporary white cap and fill with WARM water to the fill line indicated on the back of the tube.
- Replace white cap. SHAKE THOROUGHLY. Remove white cap.
- Attach hooks to black caps for hanging, and secure black caps to the top of the Spartan Mosquito Eradicator tubes.

### 2) HANG THE ERADICATORS

- Hang Spartan Mosquito Eradicators along the perimeter / property line of the area to be protected, no more than 180 feet apart. If the property is less than one square acre, and there are no major mosquito attractors such as a wooded area or a water feature, hang the Eradicators on opposite corners of the property.
- Be sure to hang the Eradicators away from areas where people gather, since mosquitoes will gather near them
- If you have woods, heavy vegetation, or a water feature that attracts mosquitoes you should hang at least one Spartan Mosquito Eradicator near or within that area, away from people.
- The ideal height to hang the Spartan Mosquito Eradicator is about six feet above the ground.
- The ideal place to hang Spartan Mosquito Eradicators is in a tree against the trunk on a sturdy branch, or just inside a bush, where they will be shaded and be partially protected from rain. This prevents evaporation and allows some water replenishment from rain.

### 3) RESULTS

- With proper placement, the mosquito population in the area will diminish by up to 95% in 15 days or less.

### WHEN TO REPLACE ERADICATORS

- Ensure the water level remains above the WATER LEVEL LOW line for optimal performance.
- If a Spartan Mosquito Eradicator falls or gets knocked down and the contents empty, it will need to be replaced.
- If the Spartan Mosquito Eradicator gets flooded due to heavy rains, kids playing with hoses, or for any reason, you will need to dispose of the flooded Eradicator and replace it with a new one.
- Replace Spartan Mosquito Eradicators at least every 90 days.

### FREQUENTLY ASKED QUESTIONS

**Q: How long does it take the Eradicators to work?**
A: The Spartan Mosquito Eradicator begins working as soon as you fill it with warm water and hang it properly. The mosquito population will diminish by up to 95% within 15 days or less of proper placement after they have been activated with warm water.

**Q: What if I accidentally filled the Eradicator with cold water?**
A: The Eradicator will still work, but will not work optimally until the water temperature reaches 80 degrees or more. After the Eradicator reaches 80 degrees or more one time, it will work optimally, even after the temperature has cooled.

**Q: What if I have to hang the Eradicator in the sun?**
A: We strongly recommend that the Eradicators not be hung in direct sun, but rather in a shady place, as we indicate in our deployment instructions. If the Eradicators are not placed as suggested - in the shade, on the limb of a tree near the tree trunk - then the risk of rapid evaporation and/or overflow of the Eradicators is high, either of which will render them ineffective. Please find a location for the Eradicators which is in the shade, else you will not be happy with the results.







